## U.S. DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donna Parrish, | : | |
| | : | No. 3:16-cv-00678-MEM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Geisinger Health Plan, and, | : | ELECTRONICALLY FILED |
| Geisinger System Services. | : | |
| | : | |
| Defendant. | : | |

### DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Geisinger System Services ("GSS") makes the following disclosures: (1) GSS is a non-governmental corporate party; (2) GSS' corporate parent is Geisinger Health System Foundation; and (3) no publicly-held corporation owns 10% or more of Geisinger Health System Foundation stock.

                          Respectfully submitted,

                          *s/ Holly L. Cline*
                          ELIZABETH A. MALLOY
                          HOLLY L. CLINE (PA208141)
                          Buchanan Ingersoll & Rooney PC
                          409 North Second Street
                          Harrisburg, PA  17101-1357
                          Phone: (717) 237-4800
                          Facsimile: (717) 233-0852
                          Email: holly.cline@bipc.com

Dated:  July 1, 2016              *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing document was transmitted to the Court *electronically* for filing and for service upon the following parties this day:

> David P. Tomaszewski, Esq.
> Ruth Slamon Borland, Esq.
> Borland & Borland, L.L.P.
> 69 Public Square, 11th Floor
> Wilkes-Barre, PA 18701
> *Attorneys for Plaintiff*

By: *s/Krista M. Kiger*
     Krista M. Kiger
     Legal Secretary to Holly L. Cline, Esq.

Dated: July 1, 2016